# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Northern Division Address

October 23, 2007

United States District Court
Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101-8900

FILED

OCT 31 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Re:    Sverdlov vs. Collett, et al.
       Civil Action No.: JFM-07-1714

'07 CV 2106 IEG      CAB

Dear Clerk:

[ X ]    On 10/15/07, an Order was filed transferring the above-captioned case to your Court.
Enclosed is a certified copy of the Order and docket entries.  A log-in and password to our
database has been e-mailed to Lynn Fuchigami to access this case.

[   ]    On, an Order was filed accepting jurisdiction by your court in this case.  Enclosed are
certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment,
and docket entries.

[   ]    Consent of the Defendant and approval of the United States Attorney having been
received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a).
Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the
case number assigned in your District in the area provided below.

Thank you for your cooperation and courtesy in this matter.

Sincerely,

Felicia C. Cannon, Clerk

By: _____  /s/ _____

Holly M. Lee                Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____

Letter Transferring Case (Rev. 02/26/2002)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

IN THE UNITED STATES DISTRICT COURT
<u>FOR THE DISTRICT OF MARYLAND</u>

| | | |
|---|---|---|
| VLADIMIR E. SVERDLOV | * | |
| | * | |
| v. | * | Civil No. JFM-07-1714 |
| | * | |
| GREGORY L. COLLETT, ET AL. | * | |
| | ***** | |

ORDER

Upon consideration of defendants' motion to dismiss and petitioners response to the motion (including a consent motion to transfer this action to the United States District Court for the Southern District of California), it is, this 15th day of October 2007

ORDERED

1. Defendants' motion to dismiss is denied; and

2. This action is transferred to the United States District Court for the Southern District of California.


/s/ _____
J. Frederick Motz
United States District Judge

I hereby attest and certify on 10/23/07
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

CLOSED

## U.S. District Court
## District of Maryland (Baltimore)
## CIVIL DOCKET FOR CASE #: 1:07-cv-01714-JFM
## Internal Use Only

Sverdlov v. Collett et al

Assigned to: Judge J. Frederick Motz

Cause: 8:1446 Petition for Naturalization Hearing

Date Filed: 06/28/2007

Date Terminated: 10/23/2007

Jury Demand: None

Nature of Suit: 890 Other Statutory Actions

Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Vladimir E. Sverdlov**
*A 72-170-664*

represented by **Caroline R Ngoubene**
Law Office of Ronald D Richey
966 Hungerford Dr Ste 8A
Rockville, MD 20850
13017386909
Fax: 13017382339
Email: richeyesq@lwcnet.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory L. Collett**
*District Director for Services
(Maryland), USCIS, U.S. Citizenship
and Immigration Services*

represented by **Larry D Adams**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
14102094800
Fax: 14109629947
Email: larry.adams@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neil R White**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
14102094800
Fax: 14109629947
Email: neil.white@usdoj.gov
*TERMINATED: 10/03/2007*
*LEAD ATTORNEY*

I hereby attest and certify on 10/23/07
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By_____ Deputy

*ATTORNEY TO BE NOTICED*

**Defendant**

**Eduardo Aguirre**                      represented by   **Larry D Adams**
*Director of USCIS*                                        (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Neil R White**
                                                          (See above for address)
                                                          *TERMINATED: 10/03/2007*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Chertoff**                     represented by   **Larry D Adams**
*Secretary of Department of Homeland*                     (See above for address)
*Security*                                                *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Neil R White**
                                                          (See above for address)
                                                          *TERMINATED: 10/03/2007*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Alberto R. Gonzales**                  represented by   **Larry D Adams**
*Attorney General*                                        (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Neil R White**
                                                          (See above for address)
                                                          *TERMINATED: 10/03/2007*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2007 | ❸1 | COMPLAINT (Petition for Hearing on Naturalization Application) against Gregory L. Collett, Eduardo Aguirre, Michael Chertoff, Alberto R. Gonzales (Filing fee $ 350, Receipt #14637017993), filed by Vladimir E. Sverdlov. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D)(raf, Deputy Clerk) Modified on 7/11/2007 (raf, Deputy Clerk). (Entered: 06/29/2007) |
| 06/28/2007 | ❸2 | NOTICE of Entry of Appearance by Caroline R Ngoubene on behalf of Vladimir E. Sverdlov (raf, Deputy Clerk) (Entered: 06/29/2007) |
|  |  |  |

| 06/28/2007 | ❸3 | Local Rule 103.3 Disclosure Statement by Vladimir E. Sverdlov. (raf, Deputy Clerk) (Entered: 06/29/2007) |
| 06/29/2007 | ❸4 | Summons Issued 60 days as to Gregory L. Collett, Eduardo Aguirre, Michael Chertoff, U.S. Attorney General, Alberto R. Gonzales, and the U.S. Attorney (raf, Deputy Clerk) (Entered: 06/29/2007) |
| 09/04/2007 | ❸5 | MOTION to Dismiss for Lack of Jurisdiction *and Supporting Memorandum* by Gregory L. Collett, Eduardo Aguirre, Michael Chertoff, Alberto R. Gonzales. Responses due by 9/21/2007 (White, Neil) (Entered: 09/04/2007) |
| 09/20/2007 | ❸6 | Consent MOTION for Extension of Time to File Response/Reply as to 5 MOTION to Dismiss for Lack of Jurisdiction *and Supporting Memorandum* by Vladimir E. Sverdlov. Responses due by 10/9/2007 (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service) (Ngoubene, Caroline) (Entered: 09/20/2007) |
| 09/20/2007 | ❸7 | PAPERLESS ORDER granting 6 CONSENT Motion for Extension of Time to File Response RE 5 MOTION to Dismiss. Responses due by 10/6/2007. Signed by Judge J. Frederick Motz on 9/20/07. (Motz, J.) (Entered: 09/20/2007) |
| 10/02/2007 | ❸8 | NOTICE of Appearance by Larry D Adams on behalf of all defendants (Adams, Larry) (Entered: 10/02/2007) |
| 10/03/2007 | ❸ | (Court only) *** Attorney Neil R White terminated. (hml, Deputy Clerk) (Entered: 10/03/2007) |
| 10/05/2007 | ❸9 | MOTION to Transfer Case *in Response to Respondents' Motion to Dismiss* by Vladimir E. Sverdlov. Responses due by 10/22/2007 (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service) (Ngoubene, Caroline) (Entered: 10/05/2007) |
| 10/15/2007 | ❸10 | ORDER DENYING 5 Motion of defendants to Dismiss for Lack of Jurisdiction; TRANSFERRING case to the Southern District of California. Signed by Judge J. Frederick Motz on 10/15/07. (hml, Deputy Clerk) (Entered: 10/15/2007) |
| 10/23/2007 | ❸11 | Correspondence from Clerk to the District of Southern California re: Transfer. (hml, Deputy Clerk) (Entered: 10/23/2007) |
| 10/23/2007 | ❸ | (Court only) ***Civil Case Terminated. (hml, Deputy Clerk) (Entered: 10/23/2007) |

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Vladimir E. SVERDLOV | ) | |
| A72-170-664 | ) | |
|     Petitioner | ) | **Civil Action No.** |
| | ) | |
|      v. | ) | |
| | ) | |
| Gregory L.Collett | ) | |
| District Director for Services | ) | |
| (Maryland), USCIS, | ) | |
| U.S. CITIZENSHIP | ) | |
| AND IMMIGRATION SERVICES, | ) | |
| Eduardo Aguirre | ) | |
| Director of USCIS, | ) | |
| Michael Chertoff | ) | |
| Secretary of Department of | ) | |
|   Homeland Security, | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, and | ) | |
| Alberto R. Gonzales | ) | |
| Attorney General, | ) | |
| Department of Justice | ) | |
| | ) | |
|     Respondents | ) | |

## PETITION FOR HEARING
## ON NATURALIZATION APPLICATION

COMES NOW Vladimir E. SVERDLOV, Petitioner, by and through his undersigned

counsel, and for cause of action respectfully prays that this Honorable Court expeditiously set a

hearing on the following matter:

## THE PARTIES

1.      Petitioner Vladimir E. SVERDLOV is an adult, native and citizen of Russia.  Petitioner

has been an U.S. Lawful Permanent Resident (hereinafter "LPR") since May 13, 1998.

For six (6) years, Petitioner resided in Maryland, before moving to California in 2006.

He has worked, inter alia, with NIH.

2.      Respondent Gregory L. Collett, District Director for Services, is an official of the United

States Citizenship and Immigration Service (hereinafter referred to as "USCIS") and is

generally charged with supervisory authority over all operations of the USCIS within his

Maryland District with certain specific exceptions not relevant here.  8 C.F.R.

§103.1(g)(2)(ii)(B).  As will be shown, Respondent District Director is the official with

whom Petitioner's application for naturalization is currently pending.

3.      Respondent Eduardo Aguirre is the Director of USCIS and is generally charged with

supervisory authority over all USCIS operations.

4.      Respondent U.S. Citizenship and Immigration Services is a division within the

Department of Homeland Security (hereinafter "DHS"), and it is responsible for the

adjudication of immigration applications/petitions.

5.      Respondent Michael Chertoff is the Secretary of the Department of Homeland Security,

which has general authority over, *inter alia*, USCIS.

6.      Respondent Department of Homeland Security is the government agency with, inter alia,

overall authority for immigration matters, including the adjudication of applications for

naturalization.

7.      Respondent Alberto R. Gonzales is the Attorney General of the United States,

Department of Justice, who has statutory authority to naturalize persons.  8 U.S.C.

§1421.

2

## JURISDICTION

8.    Jurisdiction in this case is proper under INA §336(b), 8 U.S.C. §1447(b), 5 U.S.C. §701

*et seq*., and 28 U.S.C. §2201 *et seq*.  Specifically, 8 U.S.C. §1447(b) states that:

> If there is a failure to make a determination under section 1446 of this title
> before the end of the 120-day period after the date on which the
> examination is conducted under such section, the applicant may apply to
> the United States district court for the district in which the applicant
> resides for a hearing on the matter. Such court has jurisdiction over the
> matter and may either determine the matter or remand the matter, with
> appropriate instructions, to the Service to determine the matter.

Relief is requested pursuant to said statutes.

## VENUE

9.    Venue is proper in this Court, pursuant to 28 U.S.C. §1391(e), in that this is an action

against officers and agencies of the United States in their official capacities, brought in

the District where the events giving rise to Petitioner's claim occurred.  More

specifically, Petitioner's application for naturalization is pending with the Baltimore,

Maryland USCIS District Director.

## CAUSE OF ACTION

10.    On January 12, 2004, Petitioner SVERDLOV filed his application for naturalization

(Form N-400) with the USCIS pursuant to INA §§310-338, 8 U.S.C. §§1421-1449.  (A

copy of the USCIS Receipt Notice of Petitioner's N-400 application is attached hereto

and made a part hereof as Exhibit A.)

11.    On June 9, 2004, Petitioner SVERDLOV appeared for his scheduled naturalization

examination at the Baltimore, Maryland USCIS District Office.  On that date, he was

interviewed and he passed the English and U.S. history/government tests.  (A copy of

his "Naturalization Interview Results," Form N-652, is attached hereto and made a part
hereof as Exhibit B.)

12.    However, in spite of Petitioner's several subsequent inquiries regarding the status of his
naturalization application, Respondents have still not adjudicated his N-400 application,
even though more than 120 days have passed since the examination on his application
for naturalization.  In fact, over **three (3) years** have passed since his naturalization
examination.  (See Exhibit B.)

13.    Petitioner SVERDLOV is eligible for naturalization, as he has been a Lawful Permanent
Resident of the U.S. for over five (5) years.  See INA §§311, 316.  (A copy of
Petitioner's LPR card (Form I-551) is attached hereto and made a part hereof as Exhibit
C.)  He obtained his lawful permanent residence as a scientist with extraordinary
abilities.

14.    Petitioner has never been arrested or committed any crime.

15.    All legal prerequisites having been satisfied, Petitioner's N-400 application should be
approved immediately.

16.    Respondents have sufficient information to determine Petitioner's eligibility pursuant to
applicable requirements.

17.    Respondents' refusal to act in this case is, as a matter of law, arbitrary, unreasonable and
not in accordance with the law.  Respondents willfully, and unreasonably, have delayed
and refused to make a timely determination on Petitioner's naturalization application
within 120 days after the N-400 examination, thereby depriving Petitioner SVERDLOV
of the right to an adequate and fair decision on his naturalization application, the rights

4

and privileges of U.S. citizenship, including the right to vote, employment opportunities within the U.S. government, and the peace of mind to which he is entitled.

18.    Petitioner SVERDLOV has exhausted his administrative remedies.  Petitioner has complied with the applicable requirements, provided the USCIS all of the necessary and relevant information or documentation, and made numerous inquiries regarding his case, but the USCIS Baltimore District Office has failed to adjudicate his application for naturalization.  (See, for example, a copy of Respondent's latest status inquiry notice is attached hereto and made a part hereof as Exhibit D.)

19.    Petitioner SVERDLOV has been greatly damaged by the failure of the Respondents to act in accordance with their duties under the law, and he is likely to suffer even more grave damages if he is not naturalized immediately.

20.    Moreover, the Respondents, in violation of the Administrative Procedures Act, 5 U.S.C. §701 *et seq*., are unlawfully withholding or unreasonably delaying proper action on Petitioner's naturalization application and have failed to carry out the adjudicative functions delegated to them by law with regard to Petitioner's application.

21.    Petitioner SVERDLOV has made numerous status inquiries in an attempt to secure a proper and fair adjudication of his naturalization application, all to no avail. Accordingly, Petitioner has been forced to retain the services of attorneys to pursue the instant action.

<u>PRAYER</u>

22.    WHEREFORE, in view of the reasons and authority noted herein, Petitioner SVERDLOV respectfully prays that this Honorable Court:

(a)    adjudicate and approve Petitioner's naturalization application; or

5

(b)     remand to USCIS Petitioner's naturalization application for adjudication within

thirty (30) days;

(c)     award Petitioner and/or his attorney reasonable EAJA and/or attorney's fees; and

(d)     grant such other relief at law and/or in equity as justice may require.


Respectfully submitted,


Caroline R. Ngoubene, Esquire
Attorney for Petitioner Vladimir E. SVERDLOV
Bar# 28185
Law Offices of Ronald D. Richey
966 Hungerford Drive
Suite 8A
Rockville, MD 20850
Phone: (301) 738-6909
Fax: (301) 738-2339

**CIVIL COVER SHEET**

JS 44  (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Vladimir Sverdlov
A072-170-664

**DEFENDANTS**

Gregory L. Collett, District Director; Eduardo Aguirre, Director; USCIS; DHS; Alberto R. Gonzales, Attorney General; DOJ

**(b)** County of Residence of First Listed Plaintiff _San Diego_
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Caroline R. Ngoubene, Esq., Law Offices of Ronald D. Richey, 966 Hungerford Dr., #8A, Rockville, MD, 20850; (301) 738-6909

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 U.S.C. 1447(b)
Brief description of cause:
Adjudication of Naturalization Application

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ EAJA/Attorney's Fees

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):

JUDGE _____      DOCKET NUMBER _____

DATE _____      SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# EXHIBIT A

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**



| Receipt with Exception | | | NOTICE DATE<br>January 21, 2004 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 072 170 664 |
| APPLICATION NUMBER<br>ESC*001148828 | RECEIVED DATE<br>January 12, 2004 | PRIORITY DATE<br>January 12, 2004 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

VLADIMIR E SVERDLOV
10022 STEDWICK RD #201
GAITHERSBURG MD 20886

PAYMENT INFORMATION:

Single Application Fee:     $310.00
Total Amount Received:     $310.00
Total Balance Due:         $0.00

..lllllllllllllllllllll

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:            May 25, 1963
Address Where You Live:   10022 STEDWICK RD #201
                          GAITHERSBURG MD 20886

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within  180 days of this notice.

**IMPORTANT NOTICE:**       All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**                                    **INS Customer Service Number:**
US IMMIGRATION AND NATURALIZATION SERVICE                  (800) 375-5283
75 LOWER WELDEN STREET
ST ALBANS VT 05479-                                        APPLICANT COPY

Form ESC*001148828 (Rev. 3/15/93) N



# EXHIBIT B

U.S. Department of Justice
Immigration and Naturalization Service

**Naturalization Interview Results**

A#: A 072 170 664

On ___JUN 0 9 2004___, you were interviewed by INS officer _Peggy Jill_.

☑ You passed the tests of English and U.S. history and government.
☐ You passed the test of U.S. history and government and the English language requirement was waived.
☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.
☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.
☐ INS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

**A)_____ Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)__/___ A decision cannot yet be made about your application.**

**It is very important that you:**
✓ Notify INS if you change your address.
✓ Come to any scheduled interview.
✓ Submit all requested documents.
✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
✓ Go to any oath ceremony that you are scheduled to attend.
✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev. 12/7/99) Y

# EXHIBIT C

# PERMANENT RESIDENT CARD

NAME SVERDLOV, VLADIMIR E



INS A# 072-170-664

Birthdate    Category    Sex
05/25/63    E16    M

Country of Birth
Russia

CARD EXPIRES 01/08/09
Resident Since 05/13/98



```
C1USA0721706648LIN9801351824<<
6305257M0901082RUS<<<<<<<<<<<8
SVERDLOV<<VLADIMIR<E<<<<<<<<<<
```

# EXHIBIT D

Print                                                                    Page 1 of 2


**From:** INS ATTYINQ,
**To:** David Whalen
**Date:** Tuesday, February 27, 2007 12:16:32 PM
**Subject:** RE: 2 inquires

Dear Mr. Whalen,

Your inquiry # 1 will take quite sometime. I have to search and I don't know where to begin.
Is your clients name ▨▨▨▨▨▨▨? The file is in Los Angeles Asylum office. My only guess is they probably
forwarded the MTR the Asylum Office in Los Angeles. I can check but again it will take quite sometime.

I need the date when you mail it or proof of receipt from CIS.

Inquiry #2,

Secuirty checks for Vladimir Sverdlov is still pending.
Please be advised that security checks for your client are still pending. Unfortunately, we can take no
further action until checks clear. As security checks are performed by other government agencies, their
processing is beyond the control of Citizenship and Immigration Services. We are monitoring the status
of this case on a weekly basis. We will immediately notify you and your client when security checks are
completed.

Thank you for your continued patience.

Celia


        -----Original Message-----
        **From:** David Whalen [mailto:davidwhalen@yahoo.com]
        **Sent:** Tuesday, February 27, 2007 11:24 AM
        **To:** Ins-ATTYINQ
        **Subject:** 2 inquires



        2. My client Vladimir Sverdlov, A72 170 664, filed a Naturalization application in 2004,
        EAC*001148828. However, he has a Naturalization Interview Results Form N-652 dated June 9,
        2004 by INS Officer Peggy Lin, stating that he passed the English and US history tests, but that a
        decision cannot be made on his application due to lack of fingerprint results from the FBI. This is
        almost 3 years ago. When will these checks be completed.

        Thank you



        David Whalen

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

```
Vladimir Sverdlov              *
A072-170-664
  Petitioner
        vs.                    *        Case No.
Gregory L. Collett
District Director for Services
U.S. CITIZENSHIP
AND IMMIGRATION SERVICES, et*a*l.*
Respondents.
```

### ENTRY OF APPEARANCE

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for: Vladimir Sverdlov
                                                  A072-170-664

I certify that I am admitted to practice in this court.

_____          _____
*Date*                            *Signature of Counsel*

                                 Caroline R. Ngoubene  28185
                                 *Print Name*           *Bar Number*

                                 Law Offices of Ronald D. Richey
                                 *Firm Name*

                                 966 Hungerford Drive, Suite 8A
                                 *Address*

                                 Rockville, MD 20850
                                 *City/State/Zip*

                                 (301) 738-6909
                                 *Phone No.*

                                 (301) 738-2339
                                 *Fax No.*

                                 richeyesq@lwcnet.com
                                 *Email Address*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Vladimir E. SVERDLOV ) <br> A72-170-664 ) <br>     Petitioner ) <br> ) <br>       v. ) <br> ) <br> Gregory L.Collett ) <br> District Director for Services ) <br> (Maryland), USCIS, ) <br> U.S. CITIZENSHIP ) <br> AND IMMIGRATION SERVICES, ) <br> Eduardo Aguirre ) <br> Director of USCIS, ) <br> Michael Chertoff ) <br> Secretary of Department of ) <br>   Homeland Security, ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY, and ) <br> Alberto R. Gonzales ) <br> Attorney General, ) <br> Department of Justice ) <br> ) <br>     Respondents ) <br> ) | Civil Action No. |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[ X ]    I certify, as party/counsel in this case that Vladimir E. SVERDLOV is not an affiliate or

parent of any corporation, and no corporation, unincorporated association, partnership or other

business entity, not a party to the case, has a financial interest in the outcome of this litigation as

defined in Local Rule 103.3 (D.Md.)

[   ]    The following corporate affiliations exist with _____:

_____.

[   ]    The following corporations, unincorporated associations, partnerships or other business

entities which are not parties may have a financial interest in the outcome of this litigation:

_____

Date:                                          _____
                                               Signature
                                               Caroline R. Ngoubene, Esquire
                                               Attorney for Petitioner Vladimir E. SVERDLOV
                                               Bar# 28185
                                               Law Offices of Ronald D. Richey
                                               966 Hungerford Drive
                                               Suite 8A
                                               Rockville, MD 20850
                                               Phone: (301) 738-6909
                                               Fax: (301) 738-2339

# UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF MARYLAND

Vladimir Sverdlov
A072-170-664

Petitioner

SUMMONS IN A CIVIL CASE

V.

Gregory L. Collett

District Director for Services
U.S. CITIZENSHIP
AND IMMIGRATION SERVICES, et al
Respondents

CASE

JFM 07CV1714

TO: (Name and address of Defendant)
Gregory L. Collett
District Director for Services
U.S.C.I.S.
31 Hopkins Plaza, 7th Floor
Fallon Federal Building
Baltimore, MD 21201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Caroline R. Ngoubene
Law Offices of Ronald D. Richey
966 Hungerford Dr., Suite 8A
Rockville, MD 20850

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

6/29/07
DATE

(BY) DEPUTY CLERK

**NOTICE** - This case is subject to electronic filing. Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

Vladimir Sverdlov
A092-470-664

Petitioner

SUMMONS IN A CIVIL CASE

V.

Gregory L. Collett
District Director for Services
U.S. CITIZENSHIP
AND IMMIGRATION SERVICES, et al.
Respondents.

CASE

JFM 07 CV 1714

TO: (Name and address of Defendant)
Eduardo Aguirre
Director, U.S.C.I.S.
Office of the General Counsel
Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Caroline R. Ngoubene
Law Offices of Ronald D. Richey
966 Hungerford Dr., Suite 8A
Rockville, MD 20850

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon

6/29/07

DATE

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

Vladimir Sverdlov
A072-170-664
Petitioner

V.                                          **SUMMONS IN A CIVIL CASE**

Gregory L. Collett
District Director for Services
U.S. CITIZENSHIP                           CASE
AND IMMIGRATION SERVICES, et al.
Respondents;                               **JFM 07 CV 1714**

TO: (Name and address of Defendant)

Mr. Michael CHERTOFF
Secretary, D.H.S.

Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Caroline R. Ngoubene
Law Offices of Ronald D. Richey
966 Hungerford Dr., Suite 8A
Rockville, MD 20850

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to
register to use the electronic filing system can be found
at: www.mdd.uscourts.gov

Felicia C. Cannon                          6/29/07
CLERK                                      DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

Vladimir Sverdlov
A072-170-664

Petitioner

SUMMONS IN A CIVIL CASE

V.

Gregory L. Collett
District Director for Services
U.S. CITIZENSHIP                    CASE
AND IMMIGRATION SERVICES, et al.
Respondents.

JFM07CV1714

TO: (Name and address of Defendant)

Alberto R. Gonzales
U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Caroline R. Ngoubene
Law Offices of Ronald D. Richey
966 Hungerford Dr., Suite 8A
Rockville, MD 20850

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon

6/29/07

**NOTICE** - This case is subject to electronic filing. Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

AO 440 (Rev. 10/93) (MD Rev. 02/2001) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

Vladimir Sverdlov
A072-170-664

   Petitioner

       V.

   Gregory L. Collett
   District Director for Services
   U.S. CITIZENSHIP           CASE
   AND IMMIGRATION SERVICES, et al.
   Respondents.

SUMMONS IN A CIVIL CASE

JFM 07 CV 1714

TO: (Name and address of Defendant)
   Rod Rosenstein
   U.S. Attorney's Office
   36 South Charles Street
   4th Floor
   Baltimore, MD 21201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Caroline R. Ngoubene
   Law Offices of Ronald D. Richey
   966 Hungerford Dr., Suite 8A
   Rockville, MD 20850

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon

6/29/07

**NOTICE** - This case is subject to electronic filing. Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

VLADIMIR E. SVERDLOV,      )
                                  )
      Plaintiff,          )
                                  )     Civil Action No. JFM-07-1714
   v.                          )
                                  )
GREGORY L. COLLETT, Baltimore District  )
Director, United States Citizenship and    )
Immigration Services, *et al.*,          )
                                  )
      Defendants.       )

## MOTION TO DISMISS
## AND MEMORANDUM IN SUPPORT THEREOF

Pursuant to Fed. R. Civ. P 12(b)(1) and 12(b)(3), Defendants, Gregory L. Collett, Baltimore

District Director of United States Citizenship and Immigration Services ("USCIS"), Eduardo

Aguirre, former Director of USCIS, Michael Chertoff, Secretary of the United States Department

of Homeland Security, and Alberto R. Gonzales, Attorney General of the United States, by their

undersigned counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and

Neil R. White, Assistant United States Attorney for said District, respectfully submit this motion to

dismiss Plaintiff's "Petition for Hearing on Naturalization Application" ("Petition"), and state:

1.     On or about June 28, 2007, Plaintiff instituted this immigration suit pursuant to 8

U.S.C. § 1447(b), seeking a judicial remedy for the alleged delayed processing of his application for

naturalization. Petition, ¶ 8.

2.     Section 1447(b) provides:

> If there is a failure to make a determination under section 1446 of this title
> before the end of the 120-day period after the date on which the examination is
> conducted under such section, the applicant may apply to the United States district
> court **for the district in which the applicant resides** for a hearing on the matter.

**Such court has jurisdiction** over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter.

(Emphasis supplied). *See also* 8 C.F.R. § 310.5(a) (application for relief shall be made "to the United States District Court having jurisdiction over he district in which the applicant resides").

3.       Plaintiff does <u>not</u> reside in this judicial district. Petition, ¶ 1. Indeed, the face of Plaintiff's Petition indicates that he has resided in California since 2006. *Id.*

4.       Accordingly, even if jurisdiction under 8 U.S.C. § 1447(b) were otherwise proper (which Defendants do not concede because the background and security checks have not been completed),[1] such jurisdiction could only be exercised by a United States District Court where Plaintiff resides, which is not the District of Maryland. *See, e.g., Fatayer v. Swacina*, 2007 WL 2363891, at *1 (S.D. Fla. Aug. 15, 2007) (citing *Dahan v. U.S. Atty. Gen.*, 2006 WL 2380388, at * 1-2 (S.D.N.Y. 2006)) (holding that § 1447(b) only permits jurisdiction in judicial district of applicant's residence and also rejecting claim that 28 U.S.C. § 1391(e) governs action covered by § 1447(b)).

WHEREFORE, Defendants respectfully request that Plaintiff's Petition be dismissed.[2]

---

[1]*See, e.g., Danilov v. Aguire*, 370 F. Supp. 2d 441 (E.D. Va. 2005).

[2]Defendants do not oppose a transfer to the judicial district of Plaintiff's residence pursuant to 28 U.S.C. § 1631.

-2-

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


By:     / s /
                Neil R. White
                Assistant United States Attorney
                36 South Charles Street, Fourth Floor
                Baltimore, Maryland 21201
                (410) 209-4800
                Counsel for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Vladimir E. SVERDLOV ) | |
| A72-170-664 ) | |
|     Petitioner ) | **Civil Action No. JFM-07-1714** |
| ) | |
|     v. ) | |
| ) | |
| Gregory L. Collett ) | |
| District Director for Services ) | |
| (Maryland), USCIS, ) | |
| et al. ) | |
|     Respondents ) | |

## CONSENT MOTION TO EXTEND TIME TO FILE RESPONSE TO RESPONDENTS' MOTION TO DISMISS

COMES NOW Vladimir E. SVERDLOV, Petitioner, by and through his undersigned counsel, with the consent of the Respondents, through their counsel(s), Rod J. Rosenstein and Neil R. White, and respectfully submits this motion to extend the time by which his response to Respondents' Motion to Dismiss shall be due, and for cause states:

1.    On or about June 28, 2007, Petitioner SVERDLOV filed with this Honorable Court the above-captioned action seeking a judicial remedy for the delayed processing of his January 12, 2004 naturalization application.

2.    On September 4, 2007, Respondents, by their counsel(s), Rod J. Rosenstein and Neil R. White, filed a motion to dismiss the instant action for lack of jurisdiction, in which Respondents also indicated their likely consent to a potential transfer of this action to the alleged judicial district where Petitioner resides.

1

3.     Due to communication difficulties, undersigned counsel has not yet been able to discuss with Petitioner SVERDLOV about the implications of Respondents' motion and/or about the desirability of a potential transfer of the above-captioned action.  Accordingly, undersigned counsel would respectfully request an extension of fifteen (15) days to file Petitioner's response, with the expectation that the aforementioned communication issues will be resolved within that short period of time.

4.     Pursuant to Local Rule 105.9, on September 18, 2007, undersigned counsel spoke to Respondents' counsel, Neil R. White, via telephone.  Mr. White courteously agreed to allow Petitioner an additional fifteen (15) days to file his response to Respondents' motion to dismiss.

WHEREFORE, with Respondents' consent, in view of the reasons and authority noted herein, Petitioner respectfully requests that he be given until October 6, 2007 to respondent to Respondents' motion.

Respectfully submitted,

_____/s/_____
Caroline R. Ngoubene, Esquire
Attorney for Petitioner Vladimir E. SVERDLOV
Bar# 28185
Law Offices of Ronald D. Richey
966 Hungerford Drive
Suite 8A
Rockville, MD 20850
Phone: (301) 738-6909
Fax: (301) 738-2339

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
Baltimore, Maryland

| | | |
|---|---|---|
| Vladimir E. SVERDLOV | ) | |
| A72-170-664 | ) | |
| Petitioner | ) | **Civil Action No. JFM-07-1714** |
| | ) | |
| v. | ) | |
| | ) | |
| Gregory L. Collett | ) | |
| District Director for Services | ) | |
| (Maryland), USCIS, | ) | |
| et al. | ) | |
| Respondents | ) | |

## ORDER

Upon motion of the Petitioner, and for good cause shown, therefore, it is, this _____ day

of _____, 2007 hereby ORDERED that:

1.    The Petitioner's Consent Motion to Extend Time to File Response to

Respondents' Motion to Dismiss BE, and HEREBY IS, GRANTED; and

2.    The Clerk of the Court shall send a copy of this order to counsel for the parties.


J. Frederick Motz
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the "Petitioner's Consent Motion to Extend Time to

File Response to Respondents' Motion to Dismiss" was filed electronically and thus served upon

the United States Attorney's Office, District of Maryland, 36 South Charles Street, 4th Floor,

Baltimore, MD 21201 this 20th day of September 2007.


_____/s/_____
Caroline R. Ngoubene, Esquire

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VLADIMIR E. SVERDLOV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. JFM-07-1714 |
| v. | ) | |
| | ) | |
| GREGORY L. COLLETT, Baltimore District | ) | |
| Director, United States Citizenship and | ) | |
| Immigration Services, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### NOTICE TO SUBSTITUTE COUNSEL

Please ENTER the appearance of Assistant United States Attorney Larry D. Adams as counsel for Defendant and STRIKE the appearance of Assistant United States Attorney Neil White.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____/ s /_____
Larry D. Adams
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

Counsel for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Vladimir E. SVERDLOV )<br>A72-170-664 )<br>     Petitioner )<br>)<br>     v. )<br>)<br>Gregory L. Collett )<br>District Director for Services )<br>(Maryland), USCIS, )<br>et al. )<br>     Respondents )<br>_____) | Civil Action No. JFM-07-1714 |

### PETITIONER'S RESPONSE TO RESPONDENTS' MOTION TO DISMISS AND CONSENT MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

COMES NOW Vladimir E. SVERDLOV, Petitioner, by and through his undersigned counsel, with the consent of the Respondents, through their counsel, Rod J. Rosenstein and Larry D. Adams, and respectfully requests, in response to Respondents' motion to dismiss, that this Honorable Court transfer the above-captioned action to the U.S. District Court for the Southern District of California, and for cause states:

1.    On or about June 28, 2007, Petitioner SVERDLOV filed with this Honorable Court the above-captioned action seeking a judicial remedy for the delayed processing of his January 12, 2004 naturalization application.

2.    On September 4, 2007, Respondents, by their counsel, Rod J. Rosenstein and Neil R. White, filed a motion to dismiss the instant action for lack of jurisdiction, and Respondents also indicated their likely consent to a potential transfer of this action to the alleged judicial district where Petitioner resides.

1

3.      Petitioner SVERDLOV, through undersigned counsel, hereby confirms that his current and permanent place of residence is 3033 Via Estrada, Carlsbad, CA 92009.  Consequently, Petitioner acknowledges that the above-captioned matter should be adjudicated by the district court in the district where he currently and permanently resides, in accordance with 8 U.S.C. §1447(b).

4.      Accordingly, Petitioner respectfully requests that this matter not be dismissed, as his naturalization application is still pending adjudication before Respondent Gregory L. Collett.  Instead, Petitioner respectfully requests that this Honorable Court allow the transfer of his case to the U.S. District Court for the Southern District of California, so that he may secure a proper and fair adjudication of his naturalization application, for which adjudication has been unreasonably delayed for over three years.

5.      Pursuant to Local Rule 105.9, on September 18, 2007, undersigned counsel spoke to Respondents' previous counsel, Neil R. White, via telephone.  Mr. White courteously agreed to a transfer of the present action to the appropriate district court.  Additionally, on October 3, 2007, undersigned counsel spoke with Respondents' current counsel, Larry D. Adams, via telephone.  Mr. Adams also courteously expressed his agreement to a transfer of this action.

WHEREFORE, with Respondents' consent, in view of the reasons and authority noted herein, Petitioner respectfully requests that the above-captioned case not be dismissed, but instead, that it be transferred, pursuant to 28 U.S.C. §1631, to the United District Court for the Southern District of California.

Respectfully submitted,

2

_____/s/_____
Caroline R. Ngoubene, Esquire
Attorney for Petitioner Vladimir E. SVERDLOV
Bar# 28185
Law Offices of Ronald D. Richey
966 Hungerford Drive
Suite 8A
Rockville, MD 20850
Phone: (301) 738-6909
Fax: (301) 738-2339

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
Baltimore, Maryland

| | | |
|---|---|---|
| Vladimir E. SVERDLOV | ) | |
| A72-170-664 | ) | |
|     Petitioner | ) | **Civil Action No. JFM-07-1714** |
| | ) | |
|       v. | ) | |
| | ) | |
| Gregory L. Collett | ) | |
| District Director for Services | ) | |
| (Maryland), USCIS, | ) | |
| et al. | ) | |
|     Respondents | ) | |

## ORDER

Upon motion of the Petitioner, and for good cause shown, therefore, it is, this _____ day of _____, 2007 hereby ORDERED that:

1.    The Petitioner's Consent Motion to Transfer to the United States District Court for the Southern District of California BE, and HEREBY IS, GRANTED; and

2.    The Clerk of the Court shall take all necessary steps to effectuate the transfer and send a copy of this order to counsel for the parties.

_____
J. Frederick Motz
United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the "Petitioner's Response to Respondents' Motion to Dismiss and Consent Motion to Transfer to the United States District Court for the Southern District of California" was filed electronically and thus served upon the United States Attorney's Office, District of Maryland, 36 South Charles Street, 4th Floor, Baltimore, MD 21201 this 5th day of October 2007.

_____/s/_____
Caroline R. Ngoubene, Esquire

# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                    **Reply to Northern Division Address**

October 23, 2007

United States District Court
Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101-8900

   Re: Sverdlov vs. Collett, et al.
     Civil Action No.: JFM-07-1714

Dear Clerk:

[X] On 10/15/07, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries. A log-in and password to our database has been e-mailed to Lynn Fuchigami to access this case.

[ ] On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[ ] Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

   Thank you for your cooperation and courtesy in this matter.

        Sincerely,

        Felicia C. Cannon, Clerk

      By:   /s/
         Holly M. Lee     Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____   Letter Transferring Case (Rev. 02/26/2002)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

CLOSED

## U.S. District Court
### District of Maryland (Baltimore)
### CIVIL DOCKET FOR CASE #: 1:07-cv-01714-JFM

Sverdlov v. Collett et al
Assigned to: Judge J. Frederick Motz
Cause: 8:1446 Petition for Naturalization Hearing

Date Filed: 06/28/2007
Date Terminated: 10/23/2007
Jury Demand: None
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**Vladimir E. Sverdlov**
*A 72-170-664*

represented by **Caroline R Ngoubene**
Law Office of Ronald D Richey
966 Hungerford Dr Ste 8A
Rockville, MD 20850
13017386909
Fax: 13017382339
Email: richeyesq@lwcnet.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory L. Collett**
*District Director for Services*
*(Maryland), USCIS, U.S. Citizenship*
*and Immigration Services*

represented by **Larry D Adams**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
14102094800
Fax: 14109629947
Email: larry.adams@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neil R White**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
14102094800
Fax: 14109629947
Email: neil.white@usdoj.gov
*TERMINATED: 10/03/2007*

10/30/2007 12:07 PM

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

**Eduardo Aguirre**                     represented by  **Larry D Adams**
*Director of USCIS*                                      (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Neil R White**
                                                         (See above for address)
                                                         *TERMINATED: 10/03/2007*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Chertoff**                    represented by  **Larry D Adams**
*Secretary of Department of Homeland*                   (See above for address)
*Security*                                               *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Neil R White**
                                                         (See above for address)
                                                         *TERMINATED: 10/03/2007*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Alberto R. Gonzales**                 represented by  **Larry D Adams**
*Attorney General*                                      (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Neil R White**
                                                         (See above for address)
                                                         *TERMINATED: 10/03/2007*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/28/2007 | 1 | COMPLAINT (Petition for Hearing on Naturalization Application) against Gregory L. Collett, Eduardo Aguirre, Michael Chertoff, Alberto R. Gonzales (Filing fee $ 350, Receipt #14637017993), filed by Vladimir E. Sverdlov.(raf, Deputy Clerk) (Attachments: # 1 Civil Cover Sheet # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D)(raf, Deputy Clerk) Modified on 7/11/2007 (raf, Deputy Clerk). (Entered: 06/29/2007) |

| 10/30/2007 14:57:12 | | | |
|---|---|---|---|
| **PACER Login:** | ud0077 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-01714-JFM |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Vladimar E. Sverdlov

**DEFENDANTS**

Gregory L. Collett, et al

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**

(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Caroline R. Ngoubene
966 Hungerford Drive, Ste 8a
Rockville, MD 20850

**ATTORNEYS (IF KNOWN)**

FILED
OCT 31 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

'07 CV 2106 IEG CAB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question
    (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

8:1446

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Electmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**      DISTRICT OF MARYLAND (BALTIMORE)

☐ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☒ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint:  JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE    Docket Number

DATE 10/31/07

SIGNATURE OF ATTORNEY OF RECORD
FDC