# Ronald D. Richey & Associates

*Attorneys and Counselors at Law*

Ronald D. Richey*
Caroline R. Ngoubene◊

966 Hungerford Drive, Suite 8A
Rockville, Maryland 20850
(301) 738-6909  Fax (301) 738-2339

*Admitted in Pennsylvania
◊Admitted in Maryland

March 14, 2008

The Honorable Larry A. Burns
United States District Court Judge
U.S. District Court
 for the Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101-8900

**BY ELECTRONIC DELIVERY**

   Re: <u>Sverdlov v. Collett, et al.</u>, 07-2106
     <u>Notice of Voluntary Dismissal</u>

Dear Judge Burns:

 I, the undersigned, acting for and on behalf of Petitioner Vladimir E. Sverdlov, hereby respectfully submit this voluntary dismissal notice in the above-captioned case due to the issuance of a Certificate of Naturalization for Petitioner by Respondent USCIS.

 Accordingly, Petitioner hereby respectfully requests the dismissal, without prejudice, of the above-captioned action.

 Thank you for your consideration of this submission.

               Respectfully submitted,

               _____/s/_____
               Caroline R. Ngoubene, Esquire
               Attorney for Petitioner
               Bar# 28185
               Law Offices of Ronald D. Richey
               966 Hungerford Drive
               Suite 8A
               Rockville, MD 20850
               Phone: (301) 738-6909
               Fax: (301) 738-2339

CC: Raven Norris, Esquire
    Assistant U.S. Attorney